1  PHILLIP A. TALBERT
United States Attorney
2  BOBBIE J. MONTOYA
Assistant United States Attorney
3  Eastern District of California
501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
5  Facsimile:  (916) 554-2900
Email:  Bobbie.Montoya@usdoj.gov

6

7  Attorneys for Petitioner United States of America

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,                    **1:17-CV-00406-DAD-BAM**

12                                Petitioner,        **ORDER TO SHOW CAUSE**
**RE: TAX SUMMONS ENFORCEMENT**
13                    v.
**Taxpayer:  MICHAEL A. PAPPACE**
14  MICHAEL A. PAPPACE,
**Date:  Friday, June 16, 2017**
15                                Respondent.        **Time:  9:00 a.m.**
**Crtm:  8, 6th Floor**
16                                                   **Judge: Honorable Barbara A. McAuliffe**

17

18

19        Upon the petition of PHILLIP A. TALBERT, United States Attorney for the Eastern District of

20  California, including the verification of Revenue Officer LISA R. LOPEZ (FORMERLY CUMIFORD),

21  and the Exhibit attached thereto, it is hereby:

22        ORDERED that the Respondent, MICHAEL A. PAPPACE, appear before United States

23  Magistrate Judge Barbara A. McAuliffe, in that Magistrate Judge's courtroom in the United States

24  Courthouse, 2500 Tulare St., Fresno, California, on **Friday, June 16, 2017**, **at 9:00 a.m.** to show cause

25  why the respondent should not be compelled to obey the IRS summons issued on July 21, 2016.

26        It is further ORDERED that:

27        1.    The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and

28  Local Rule 302(c)(9), at the hearing scheduled above.  After hearing, the Magistrate Judge intends to

ORDER TO SHOW CAUSE                    1
RE:  TAX SUMMONS ENFORCEMENT

1  submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed

2  by the Clerk and a copy provided to all parties.

3      2.      Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee,

4  and all federal employees designated by that employee, to serve process in this case.

5      3.      To afford the respondent an opportunity to respond to the petition and the petitioner an

6  opportunity to reply, a copy of this order, the Petition and its Exhibits, and the Points and Authorities,

7  shall be served by delivering a copy to the respondent personally, or by leaving a copy at the

8  respondent's dwelling house or usual place of abode with some person of suitable age and discretion

9  then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days

10  before the show cause hearing date including any continued date, unless such service cannot be made

11  despite reasonable efforts.

12      4.      Proof of any service done under paragraph 3, above, shall be filed with the Clerk as soon

13  as practicable.

14      5.      If the federal employee assigned to serve these documents is not reasonably able to serve

15  the papers as provided in paragraph 3, petitioner may request a court order granting leave to serve by

16  other means.  *See* Fed. R. Civ. P. 81(a)(5).  The request shall detail the efforts made to serve the

17  respondent.

18      6.      The file reflects a *prima facie* showing that the investigation is conducted pursuant to a

19  legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not

20  already within the Commissioner's possession, and that the administrative steps required by the Code

21  have been followed.  *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden of coming

22  forward therefore has shifted to whoever might oppose enforcement.

23      7.      If the respondent has any defense or opposition to the petition, such defense or opposition

24  shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at

25  least 10 days before the show cause hearing date including any continued date.

26      8.      At the show cause hearing, the Magistrate Judge intends to consider the issues properly

27  raised in opposition to enforcement.  Only those issues brought into controversy by the responsive

28  pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will

ORDER TO SHOW CAUSE                    2
RE:  TAX SUMMONS ENFORCEMENT

1  be considered admitted.

2        9.     The respondent may notify the Court, in a writing filed with the Clerk and served on the

3  United States Attorney at least 10 days before the date set for the show cause hearing, that the

4  respondent has no objections to enforcement of the summons.  The respondent's appearance at the

5  hearing will then be excused.

6

7  IT IS SO ORDERED.

8      Dated:   **March 29, 2017**             /s/ *Barbara A. McAuliffe*

9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE          3
RE:  TAX SUMMONS ENFORCEMENT